BART M. DAVIS, ID STATE BAR NO. 2696
UNITED STATES ATTORNEY
WILLIAM M. HUMPHRIES, WASHINGTON STATE BAR NO. 44452
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:   (208) 334-9375
Email:  Bill.Humphries@usdoj.gov

      Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>  vs.<br><br>HA (ERIC) MA,<br><br>      Defendant. | Case No.  4:08-cr-00016-EJL<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that WILLIAM M. HUMPHRIES, Assistant United States

Attorney for the District of Idaho, hereby appears in the above action as one of the attorneys

representing the United States of America and requests that he be added to the list receiving service of

papers and pleadings filed in this action.

      Respectfully submitted this 18th day of June, 2019.

                       BART M. DAVIS
                       UNITED STATES ATTORNEY
                       By

                       /s/_____
                       WILLIAM M. HUMPHRIES
                       Assistant United States Attorney

NOTICE OF APPEARANCE –1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 18, 2019, the foregoing **NOTICE OF**

**APPEARANCE** was electronically filed with the Clerk of the Court using the CM/ECF system

which sent a Notice of Electronic Filing to the following person(s):

Steven V. Richert
Steve_richert@fd.org
*Defense Attorney*

Samuel R. Rubin
Dick_rubin@fd.org
*Defense Attorney*

Amanda Chen
Amanda.interpreter@gmail.com
*Interpreter for Defendant*

And, I hereby certify that the following listed non-registered CM/ECF participants were

served by U.S. Mail, postage prepaid:

Ha (Eric) Ma
Cordova, TN  38018
*Defendant*

/s/_____
Chelsie Black
Financial Litigation Contractor

NOTICE OF APPEARANCE – 2